FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 MAY 13 PM 12: 47

OFFICE OF THE CLERK

United States District Court

FOR THE

**District of Nebraska**

UNITED STATES OF AMERICA

v.                                                          Crim. No.  8:99CR205

Bruce A. Roberts

On February 20, 2002, the above named was placed on supervised release for a period of 4 years. Bruce Roberts has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _13_ day of _MAY_, 2005.

The Honorable Joseph F. Bataillon
Chief United States District Judge